# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MAURICE BROOKS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-100 |
| | * | |
| v. | * | |
| | * | |
| SHERIFF E. NEAL JUMP; JEFF GUNDERSON; DR. KIDDER; and GLYNN COUNTY SHERIFF'S OFFICE, | * * * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Plaintiff did not file Objections to this Report and Recommendation. In fact, the Clerk of Court mailed a copy of this Report and Recommendation and a copy of the service Order to Plaintiff at his last known address. However, that mailing was returned to the Court as undeliverable with the notations, "Return to Sender . . . Released." Dkt. No. 15 at 1.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendant Glynn County Sheriff's Office. However, Plaintiff has a responsibility to notify the

AO 72A
(Rev. 8/82)

Court of any change in address, in writing, and he failed to do so.  Dkt. Nos. 3, 14; Local R. 11.1.  Thus, the Court **ORDERS** Plaintiff to **SHOW CAUSE** within 14 days of this Order why his Complaint should not be dismissed.  Plaintiff can show cause by advising the Court, in writing, of any new address.  Plaintiff's failure to respond to this Court's Order or to otherwise show cause why his case should not be dismissed shall result in the dismissal of his remaining claims, without prejudice, for failure to follow this Court's Orders and Local Rules.

      **SO ORDERED**, this ___6___ day of ___June___, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA