# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MAURICE BROOKS, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-100 |
| v. | * | |
| SHERIFF E. NEAL JUMP; JEFF GUNDERSON; and DR. KIDDER, | * | |
| Defendants. | * | |

## ORDER

This matter is before the Court on the return of the Court's June 6, 2022 mailing and Plaintiff's failure to respond to the Court's Order requiring him to show cause why his case should not be dismissed. Dkt. Nos. 20, 25. The Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Glynn Co. Det. Ctr., . . . Not in Custody." Dkt. No. 25 at 1. Plaintiff has still failed to notify the Court of his change in address, as required. Dkt. No. 20 at 1-2 (citing Dkt. Nos. 3, 14; Local R. 11.1).

Thus, the Court **DISMISSES without prejudice** Plaintiff's remaining claims, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DENIES**

AO 72A
(Rev. 8/82)

**as moot** Defendant Kidder's Motion to Dismiss and Motion to Stay. Dkt. Nos. 21, 22.

**SO ORDERED**, this ___27___ day of ___June___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)